In the Matter of JOSEPH ZACCONE, an attorney at law.

Argued September 7, 1955.

For the Order: *Mr. George E. Meredith.*

September 7, 1955. Name of respondent stricken from the roll of attorneys at law. Opinion reported at 20 *N. J.* 226.